HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
linda.allison@fd.org

Attorney for Defendant
MICHAEL L. MONROE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:18-PO-00109-DB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| vs. | ) | |
| | ) | |
| MICHAEL L. MONROE, | ) | |
| | ) | DATE: August 7, 2018 |
| Defendant. | ) | TIME: 10:00am |
| | ) | JUDGE: Hon. Deborah Barnes |
| | ) | |

The Federal Public Defender's Office through Linda Allison, counsel for defendant

Michael L. Monroe, and the United States Attorney through its respective counsel Eric Chang

hereby stipulate to continue the status conference scheduled for August 7, 2018 at 10:00 a.m.,

until September 25, 2018 at 10:00am.

Mr. Monroe requires further time to review discovery, conduct investigation on the facts

of the case, and consult with counsel. The parties agree that September 25, 2018 represents the

best date for a status conference.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Respectfully submitted,

DATE: August 6, 2018
HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda Allison*
LINDA ALLISON
Assistant Federal Defender
Attorney for Michael L. Monroe


DATED: August 6, 2018
McGREGOR W. SCOTT
United States Attorney

*/s/ Eric Chang*
ERIC CHANG
Special Assistant United States Attorney
Attorney for Plaintiff


**PROPOSED ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance.

It is ordered the August 7, 2018 status conference shall be continued until September 25, 2018 at 10:00 a.m. before Judge Barnes.

Dated: August 6, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE