HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
linda.allison@fd.org

Attorney for Defendant
MICHAEL L. MONROE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL L. MONROE,<br><br>Defendant. | Case No. 2:18-PO-00109-DB<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE<br><br>DATE: September 25, 2018<br>TIME: 10:00am<br>JUDGE: Hon. Deborah Barnes |

    The Federal Public Defender's Office through Linda Allison, counsel for defendant Michael L. Monroe, and the United States Attorney through its respective counsel Eric Chang hereby stipulate to vacate the status conference scheduled for September 25, 2018 at 10:00 a.m.

    Mr. Monroe has been in contact with and is represented by the Federal Public Defender's Office. In preparation for trial, Mr. Monroe requires further time to review discovery, conduct investigation on the facts of the case, and consult with counsel.

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation and Order to Vacate Status Conference

In light of the fact that Mr. Monroe has confirmed with the Federal Defender's Office his desire to go to trial and to have the office represent him, the parties request that the status conference be vacated, and confirm the current trial date.

Respectfully submitted,

DATE: September 21, 2018          HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Linda Allison*
                                  LINDA ALLISON
                                  Assistant Federal Defender
                                  Attorney for Michael L. Monroe


DATED: September 21, 2018         McGREGOR W. SCOTT
                                  United States Attorney

                                  */s/ Eric Chang*
                                  ERIC CHANG
                                  Special Assistant United States Attorney
                                  Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the current status conference date is unnecessary to identify whether Mr. Monroe is represented by counsel. The Court finds the ends of justice are served by vacating the currently scheduled status conference and proceeding to trial.

It is ordered the September 25, 2018 status conference shall be vacated and the December 6, 2018 at 9:00 a.m. bench trial before Judge Barnes shall be preserved

Dated: September 24, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Vacate Status Conference