1  HEATHER E. WILLIAMS, State Bar #122664
   Federal Defender
2  LINDA C. ALLISON, State Bar #179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   linda.allison@fd.org
5

6

7  Attorneys for Defendant
   MICHAEL L. MONROE

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:18-po-00109-DB
12 | Plaintiff, | STIPULATION AND ORDER TO VACATE THE BENCH TRIAL AND SET HEARING DATE FOR A MOTION TO SUPRESS EVIDENCE
13 | v. |
14 | MICHAEL L. MONROE, |
15 | Defendant. | DATE:  December 6, 2018
   |  | TIME:  9:00 a.m.
   |  | JUDGE: Hon. Deborah Barnes
16

17     IT IS HEREBY STIPULATED between the parties through their respective counsel,

18 Special Assistant United States Attorney, ERIC CHANG, and Assistant Federal Defender,

19 LINDA C. ALLISON, attorney for MICHAEL L. MONROE, that the bench trial set for

20 December 6, 2018 at 9:00 a.m. be vacated, a briefing schedule be set, and a hearing date be set for

21 a motion to suppress evidence on February 19, 2019 at 10:00 a.m.

22     As discussed above, the parties further stipulate to adhere to the following briefing

23 schedule: (1) The defense's initial brief will be due on January 15, 2019; (2) The Government's

24 reply will be due on January 29, 2019; and (3) The defense's reply will be due February 12, 2019.

25     On November 2, 2018, the defense received additional discovery from the Government

26 depicting the interaction between the defendant and the citing officer in this matter. Furthermore,

1

on November 9, 2018, the Government filed an Information that supersedes the citation in this case. As a result, the defense needs additional time to review the discovery and Information with the defendant and to file a motion to suppress evidence.

DATED: December 6, 2018         HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ *Linda C. Allison*
                                LINDA C. ALLISON
                                Assistant Federal Defender

DATED: December 6, 2018         MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ *Eric J. Chang*
                                ERIC J. CHANG
                                Special Assistant U.S. Attorney

**ORDER**

Finding good cause, the Court orders the bench trial set for December 6, 2018 at 9:00 a.m. be vacated and a hearing date be set for a motion to suppress evidence on February 19, 2019 at 10:00 a.m., before the Hon. Deborah Barnes. The Court adopts the schedule listed in the stipulation above.

Dated:  December 4, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE